IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Runnels, Gregory | Case Number: 07 B 12934 |
|---|---|---|
| | Runnels, Anita E | Judge: Squires, John H |
| | Printed: 4/8/08 | Filed: 7/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: February 13, 2008
Confirmed: September 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,669.01 |  |
| Secured: |  | 1,208.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,934.00 |
| Trustee Fee: |  | 236.45 |
| Other Funds: |  | 290.56 |
| Totals: | 4,669.01 | 4,669.01 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,934.00 | 2,934.00 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | Great American Finance Company | Secured | 2,080.61 | 200.00 |
| 4. | Great American Finance Company | Secured | 1,931.07 | 175.00 |
| 5. | Capital One Auto Finance | Secured | 11,449.76 | 833.00 |
| 6. | Fremont Investment & Loan | Secured | 8,508.37 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 37.85 | 0.00 |
| 10. | Great American Finance Company | Unsecured | 58.99 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 498.07 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 122.79 | 0.00 |
| 13. | Midnight Velvet | Unsecured | 34.60 | 0.00 |
| 14. | Great American Finance Company | Unsecured | 0.07 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 75.94 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 42.72 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 207.54 | 0.00 |
| 18. | Freemont Investment | Secured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 20. | Data Search | Unsecured |  | No Claim Filed |
| 21. | Data Search | Unsecured |  | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 23. | Medical Collections | Unsecured |  | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Runnels, Gregory  
Runnels, Anita E  
Printed:  4/8/08

Case Number:  07 B 12934  
Judge:  Squires, John H  
Filed:  7/19/07

| | | | |
|---|---|---|---|
| 26. Credit Protection Association | Unsecured | | No Claim Filed |
| 27. Merchant Credit Guide | Unsecured | | No Claim Filed |
| 28. Armor Systems Co | Unsecured | | No Claim Filed |
| 29. Merchant Credit Guide | Unsecured | | No Claim Filed |
| 30. RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 31. American Collection Corp | Unsecured | | No Claim Filed |
| 32. Security Credit Systems | Unsecured | | No Claim Filed |
| 33. KCA Financial Services | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 27,982.38 | $ 4,142.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 236.45 |
| | _____ |
| | $ 236.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

